IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO:18-cv-23500-SCOLA

KIMBERLY TORRE,

    Plaintiff,

ROYAL CARIBBEAN CRUISES, ltd, a
Liberian Corporation, STEINER TRANSOCEAN
LIMITED, a Bahamian Corporation,

    Defendants.
_____/

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

COMES NOW Defendants, ROYAL CARIBBEAN CRUISES, LTD., and STEINER TRANSOCEAN LIMITED, by and through their undersigned counsel and file their Corporate Disclosure Statement as follows:

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT, STEINER TRANSCOEAN LIMITED

OneSpaWorld (Bahamas) Limited, formerly known as Steiner Transocean Limited ("OSW"), is an indirect wholly-owned subsidiary of Steiner Leisure limited, which, in turn, is ultimately owned by investors in investment vehicles sponsored by a private equity firm. OSW is not, to our knowledge, currently owned to the extent of 10% or more by a public company but pursuant to a currently pending transaction, it may in the future be indirectly owned by a public company.

2

CASE NO:18-cv-23500-SCOLA

## CORPORATE DISCLOSURE STATEMENT OF
## DEFENDANT, ROYAL CARIBBEAN CRUISES LTD

Royal Caribbean Cruises, Ltd is a publicly traded company and no other publicly held corporation owns more than 10 percent of its stock.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document was served via CM-ECF on this 3rd day of December, 2018 on all counsel of record on the attached service list in the manner specified.

          Respectfully submitted,

          */s/ Carmen Y. Cartaya*
          Carmen Y. Cartaya, Esq.
          Fla. Bar No. 51736
          cycpleadings@mscesq.com
          McIntosh Sawran & Cartaya, P.A.
          1776 East Sunrise Blvd.
          Fort Lauderdale, FL 33304
          Telephone:   954-765-1001
          Facsimile:   954-765-1005
          *Counsel for Defendants*

CASE NO:18-cv-23500-SCOLA

## SERVICE LIST

CASE NO:18-cv-23500-SCOLA

**Frank D. Butler, Esq.**
Florida Bar No. 940585
fdblawfirm@aol.com
**Kelly Ann L. May, Esq.**
Florida Bar No. 59286
kmay@fightingforfamilies.com
Frank D. Butler, P.A.
10550 U.S. Hwy. 19 North
Pinellas Park, FL 33782
Telephone: (727) 399-2222
Facsimile:  (727) 399-2202
*Attorneys for Plaintiff*